August 24, 2023

**BY ECF**

Catherine O'Hagan Wolfe, Esq.
Clerk of the Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

# HAUSFELD

33 Whitehall Street
14th Floor
New York, NY 10004

**SCOTT A. MARTIN**
**PARTNER**

T: +1 646 357 1100
DD: +1 646 357 1195
E: smartin@hausfeld.com

Re: *PHHHOTO Inc. v. Meta Platforms, Inc., f/k/a Facebook, Inc.*, No. 23-0763

Dear Ms. Wolfe:

Pursuant to Rule 28(j) of the Federal Rules of Appellate Procedure and in the interest of completeness, Plaintiff-Appellant Phhhoto Inc. ("Phhhoto") respectfully provides this update concerning an order entered in *New York v. Meta Platforms, Inc.*, 21-7078 (D.C. Cir.), which was identified in Phhhoto's Reply briefing in support of its above-captioned appeal.

In its Reply, Phhhoto cited a redacted paragraph from a pleading in *New York v. Facebook, Inc.*, 1:20-cv-03589 (D.D.C). *See* Reply at 2-3 (citing Complaint ¶ 226, *New York v. Facebook, Inc.*, 1:20-cv-03589 (D.D.C. Dec. 22, 2020), ECF No. 70 ("States' Complaint")). Phhhoto noted that on July 26, 2023, the United States Court of Appeals for the District of Columbia Circuit had ordered that all sealed records in the related appeal be unsealed by no later than August 25, 2023. *See* Reply at 3, n.1 (citing Per Curiam Order, *New York v. Meta Platforms, Inc.*, No. 21-7078 (D.C. Cir. July 26, 2023)).

On August 21, 2023, pursuant to the D.C. Circuit's order, the parties to the *New York* appeal filed a Joint Response, including an unredacted version of the States' Complaint alleging, *inter alia*, that Meta sacrificed short-term profits to keep its monopoly intact (*see, e.g.*, States' Complaint ¶ 186). For the Court's convenience, the language from the States' Complaint cited by Phhhoto in its Reply, now unredacted in the Joint Response, is as follows (with the previously sealed language indicated in boldface type):

> When Instagram released a similar feature, the CEO of Instagram stated that **"the reason we worked on it was to compete with [P]hhhoto"** and instructed his staff **not to worry about whether the feature would improve Instagram's growth rate (the metric against which other projects were measured at the time)**.

Respectfully submitted,

*/s/ Scott A. Martin*

Scott A. Martin

cc: Counsel of record (via ECF)

hausfeld.com