KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900

FACSIMILE:
(202) 326-7999

November 21, 2023

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Court House
40 Foley Square
New York, NY 10007

    Re:    *PHHHOTO Inc. v. Meta Platforms, Inc.*, No. 23-763

Dear Ms. Wolfe:

    Phhhoto claims that it could not have performed, in April 2016, the same "procedure" that it performed in October 2017. But Phhhoto's engineers were, of course, able to create accounts and post content in April 2016 to test how such posts appeared. Phhhoto's assertion that it needed "two large pools of actual users" contradicts its own allegations that Phhhoto's account had "500x more followers" than Hypno's account. Am. Compl. ¶ 106.

    Moreover, Phhhoto alleges that what caught its attention in October 2017 was the fact that its content "*vanish[ed]*" from the founder's Instagram feed. *Id.* ¶ 105. Any such effect could have been observed in April 2016 – the whole point of the alleged content suppression is to *affect what users see*. If the disappearance of a single Instagram post from Phhhoto's account months after it was shut down provided such clear proof of algorithmic suppression that its founders were prepared to "sue" for "anti-trust" violations, *id.* ¶109, Phhhoto plainly had notice of its injury in 2016: Meta's algorithmic feed was "widely reported in the press," and Phhhoto immediately "noticed" in April 2016 that its "IG followers stopped growing" and that its "view counts suddenly tanked." *Id.* ¶¶ 86, 110. Phhhoto therefore had a duty to investigate its claim and file suit within four years. Meta Br. 17-24.

                                                              Respectfully submitted,

                                                               /s/ *Aaron M. Panner*
                                                               Aaron M. Panner

cc: Counsel of Record (via ECF)