# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-763

**Caption [use short title]**

**Motion for:** Extension of time to file a petition for panel rehearing and rehearing en banc.

PHHHOTO Inc. v. Meta Platforms, Inc.

Set forth below precise, complete statement of relief sought:

Defendant-Appellee Meta Platforms, Inc. seeks a 22-day extension of time in which to file a petition for panel rehearing and rehearing en banc of the Court's December 10, 2024 order up to and including January 15, 2025.

**MOVING PARTY:** Meta Platforms, Inc.
**OPPOSING PARTY:** PHHHOTO Inc.

☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☒ Appellee/Respondent

**MOVING ATTORNEY:** Aaron M. Panner
**OPPOSING ATTORNEY:** Scott Martin

[name of attorney, with firm, address, phone number and e-mail]

Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M St., NW, Suite 400, Washington, DC 20036
(202) 326-7921; apanner@kellogghansen.com

Hausfeld LLP
33 Whitehall St., 14th Floor, New York, NY 10004
(646) 357-1100; smartin@hausfeld.com

Court- Judge/ Agency appealed from:

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes   ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed   ☐ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☒ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes  ☐ No
Has this relief been previously sought in this court?   ☐ Yes  ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?   ☐ Yes   ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☐ Yes   ☒ No  If yes, enter date:

**Signature of Moving Attorney:**
Aaron M. Panner  *Digitally signed by Aaron M. Panner  Date: 2024.12.11 16:35:14 -05'00'*   **Date:** 12/11/2024   **Service:** ☒ Electronic   ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| PHHHOTO INC.,<br><br>*Plaintiff-Appellant*,<br><br>v.<br><br>META PLATFORMS, INC.<br>fka Facebook, Inc.,<br><br>*Defendant-Appellee*,<br><br>DOES NOS. 1-7,<br><br>*Defendants*. | No. 23-763 |

**UNOPPOSED MOTION OF META PLATFORMS, INC.
FOR EXTENSION OF TIME TO FILE PETITION FOR
PANEL REHEARING AND REHEARING EN BANC**

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27, and Second Circuit Rule 27.1, Defendant-Appellee Meta Platforms, Inc. ("Meta") respectfully moves for a 22-day extension to file a petition for panel rehearing and rehearing en banc up to and including January 15, 2025. In support of its motion, Meta states as follows:

1. On December 10, 2024, a divided panel of this Court issued an opinion vacating the district court's order and remanding for further proceedings. Meta's petition for rehearing is currently due on December 24, 2024.

2. Good cause exists for the requested extension to accommodate personal travel over the holidays by Meta's counsel. Meta's counsel also has immediate commitments related to preparation for trial in *Loop LLC v. CDK Global, LLC*, No. 3:24-cv-00571-JDP (E.D. Wis.), which is scheduled for trial on January 27, 2025, and *FTC v. Meta Platforms, Inc.*, No. 1:20-cv-03590 (D.D.C.), which is scheduled for trial on April 15, 2025.

3. Counsel for Meta has conferred with counsel for Plaintiff-Appellant PHHHOTO Inc. ("PHHHOTO"), and PHHHOTO has agreed to Meta's request for a 22-day extension and will not file a response.

For these reasons, Meta respectfully requests that the Court grant an extension of time up to and including Wednesday, January 15, 2025, to file a petition for panel rehearing and rehearing en banc.

December 11, 2024                    Respectfully submitted,

  /s/ *Aaron M. Panner*
Aaron M. Panner
Alex P. Treiger
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
apanner@kellogghansen.com
atreiger@kellogghansen.com

*Counsel for Defendant-Appellee
Meta Platforms, Inc.*

# CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Federal Rule of Appellate Procedure 32(g), that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the portions of the brief exempted by Federal Rules of Appellate Procedure 27(d)(2) and 32(f), the motion contains 218 words.

I further certify that this motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (a)(6) because it has been prepared using Microsoft Word in a proportionally spaced typeface (Times New Roman, 14 point).

    /s/ *Aaron M. Panner*
Aaron M. Panner

*Counsel for Defendant-Appellee*
*Meta Platforms, Inc.*

December 11, 2024